# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132532

LEON G. MARTIN, #306917

    Plaintiff-Appellant,

v

PAROLE BOARD,

    Defendant-Appellee.

SC:  132532
CoA:  272254

_____

    On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of November 21, 2006, the Clerk of the Court is hereby directed to close this file.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

jm